### 30765. McWATERS v. STATE FARM FIRE & CASUALTY COMPANY et al.

HILL, Justice.
It appearing that the appellant in the instant appeal seeks to rescind, cancel and set aside a release solely upon legal grounds, the appeal is transferred to the Court of Appeals.
*Transferred to Court of Appeals. All the Justices concur.*

ARGUED FEBRUARY 10, 1976 — DECIDED FEBRUARY 10, 1976.

*Long, Weinberg, Ansley & Wheeler, J. Kenneth Moorman,* for appellant.
*Greer & Klosik, Richard G. Greer,* for appellees.